

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00206-CV

## IN THE MATTER OF THE MARRIAGE OF
## KENNETH BEAIRD AND ELIZABETH BEAIRD

**From the 13th District Court
Navarro County, Texas
Trial Court No. D12-21779-CV**

## MEMORANDUM OPINION

The Clerk of this Court notified the parties in an August 4, 2015 letter that the appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days. No response has been filed. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

REX D. DAVIS
Justice

Before Chief Justice Gray,
　　Justice Davis, and

Justice Scoggins

Dismissed

Opinion delivered and filed August 31, 2015

[CV06]

